IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| PETER J. KOCHICK, ) | |
| ) | Case No.: 19-21420-GLT |
| Debtor. ) | |
| _____ ) | |
| ) | |
| GOEHRING, RUTTER & BOEHM, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| PETER J. KOCHICK, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## WITHDRAWAL OF PROOF OF CLAIM #9-1

AND NOW, comes Goehring, Rutter & Boehm by and through its Counsel, Jeffrey R. Hunt, Esquire and Goehring, Rutter & Boehm, and hereby files its withdrawal of Proof of Claim #9-1 filed on behalf of Goehring, Rutter & Boehm on July 9, 2019 in the amount of $632.75 for delinquent real estate taxes for 2019. The within Claim is being withdrawn because Goehring, Rutter & Boehm was incorrectly identified as the Creditor.

Dated:   July 31, 2019              Respectfully Submitted,

                                    GOEHRING, RUTTER & BOEHM

                                    By:    /s/ Jeffrey R. Hunt
                                           Jeffrey R. Hunt, Esquire
                                           Pa. I.D. #90342
                                           Frick Building, 14th Floor
                                           437 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 281-0587
                                           Attorney for Movant
                                           jhunt@grblaw.com