FILED
8/1/19 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| PETER J. KOCHICK, | ) | |
| | ) | Case No.: 19-21420-GLT |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| GOEHRING, RUTTER & BOEHM, | ) | Related to Dkt. No. 35 |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| PETER J. KOCHICK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### WITHDRAWAL OF PROOF OF CLAIM #9-1

AND NOW, comes Goehring, Rutter & Boehm by and through its Counsel, Jeffrey R. Hunt, Esquire and Goehring, Rutter & Boehm, and hereby files its withdrawal of Proof of Claim #9-1 filed on behalf of Goehring, Rutter & Boehm on July 9, 2019 in the amount of $632.75 for delinquent real estate taxes for 2019. The within Claim is being withdrawn because Goehring, Rutter & Boehm was incorrectly identified as the Creditor.

Dated:   July 31, 2019                    Respectfully Submitted,

GOEHRING, RUTTER & BOEHM

By:    /s/ Jeffrey R. Hunt
       Jeffrey R. Hunt, Esquire
       Pa. I.D. #90342
       Frick Building, 14th Floor
       437 Grant Street
       Pittsburgh, PA  15219
       (412) 281-0587
       Attorney for Movant
       jhunt@grblaw.com

SO ORDERED
August 01, 2019

_____
GREGORY  TADDONIO     cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-21420-GLT
Peter J. Kochick                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin                  Page 1 of 1              Date Rcvd: Aug 01, 2019
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
db             +Peter J. Kochick,    547 Dewalt Drive,    Pittsburgh, PA 15234-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Township of Baldwin jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Julie Frazee Steidl    on behalf of Debtor Peter J. Kochick julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Victor Samuel Kustra    on behalf of Creditor    Baldwin-Whitehall School District C/O Weiss Burkardt Kramer, LLC. vkustra@wbklegal.com
                                                                                                                                                                                                       TOTAL: 8