IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| PETER J. KOCHICK, ) | |
| ) | Case No.: 19-21420-GLT |
| Debtor. ) | |
| _____ ) | |
| ) | |
| GOEHRING, RUTTER & BOEHM, ) | Related to Dkt. No. 36 |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| PETER J. KOCHICK, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## WITHDRAWAL OF PROOF OF CLAIM #10-1

AND NOW, comes Goehring, Rutter & Boehm by and through its Counsel, Jeffrey R. Hunt, Esquire and Goehring, Rutter & Boehm, and hereby files its withdrawal of Proof of Claim #10-1 filed on behalf of Goehring, Rutter & Boehm on July 9, 2019 in the amount of $155.78 for delinquent garbage through April 5, 2019. The within Claim is being withdrawn because Goehring, Rutter & Boehm was incorrectly identified as the Creditor.

Dated:   July 31, 2019            Respectfully Submitted,

                                  GOEHRING, RUTTER & BOEHM

                                  By:    /s/ Jeffrey R. Hunt
                                         Jeffrey R. Hunt, Esquire
                                         Pa. I.D. #90342
                                         Frick Building, 14th Floor
                                         437 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 281-0587
                                         Attorney for Movant
                                         jhunt@grblaw.com

SO ORDERED
August 01, 2019

_____
GREGORY L. TADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Peter J. Kochick  
      Debtor

Case No. 19-21420-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Aug 01, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.  
db          +Peter J. Kochick,   547 Dewalt Drive,   Pittsburgh, PA 15234-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:  
        James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Township of Baldwin jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Julie Frazee Steidl     on behalf of Debtor Peter J. Kochick julie.steidl@steidl-steinberg.com,  
         leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
         jbluemle@bernsteinlaw.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
        Victor Samuel Kustra    on behalf of Creditor    Baldwin-Whitehall School District C/O Weiss  
         Burkardt Kramer, LLC. vkustra@wbklegal.com  
                                                                                                    TOTAL: 8