**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Peter J. Kochick**
Debtor(s)

Bankruptcy Case No.: 19–21420–GLT
Issued Per 10/24/2019 Proceeding
Chapter: 13
Docket No.: 43 – 16
Concil. Conf.: October 24, 2019 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 10, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 24, 2019 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 5 of PNC, Claim No. 2 of Huntington Bank, Claim No. 6 of Baldwin SD, Claim No. 11 of Allegheny County, Claim No. 12 of Baldwin Twp. .

☒ H. Additional Terms: The exemption in restitution claim under 522(d)(11) A is, by agreement, disallowed, with prejudice to the amended exemptions.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 24, 2019

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21420-GLT
Peter J. Kochick                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2            Date Rcvd: Oct 24, 2019
                              Form ID: 149            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
```
db            +Peter J. Kochick,    547 Dewalt Drive,   Pittsburgh, PA 15234-2407
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +Township of Baldwin,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15028467      +Baldwin-Whitehall School District,    c/o Jordan Tax Service,    102 Rahway Road,
               McMurray, PA 15317-3349
15069891      +Baldwin-Whitehall School District,    C/O Weiss Burkardt Kramer, LLC,
               445 Fort Pitt Blvd STE 503,   Pittsburgh, PA 15219-1308
15028470      +Citibank/Best Buy,    Po Box 6497,   Sioux Falls, SD 57117-6497
15028471      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
15097781      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
               437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh PA 15219-6101
15084296      +Goehring Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh PA 15219-6101
15028475      +PNC Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
15028477      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
               Cleveland, OH 44101-4982
15069698      +PNC Bank, N.A.,    PO Box 94982,   Cleveland, OH 44101-4982
15028480      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15028479      +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
15097786      +Township of Baldwin,    Goehring, Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
               437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: kburkley@bernsteinlaw.com Oct 25 2019 03:09:01      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:14:50
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15028469       E-mail/Text: cms-bk@cms-collect.com Oct 25 2019 03:07:56      Capital Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
15028472       E-mail/Text: mrdiscen@discover.com Oct 25 2019 03:07:43      Discover Financial,   Po Box 15316,
               Wilmington, DE 19850
15032432       E-mail/Text: mrdiscen@discover.com Oct 25 2019 03:07:43      Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
15028474      +E-mail/Text: bankruptcy@huntington.com Oct 25 2019 03:08:22      Huntington Natl Bk,
               Attn: Bankruptcy,    Po Box 340996,   Columbus, OH 43234-0996
15028473      +E-mail/Text: bankruptcy@huntington.com Oct 25 2019 03:08:22      Huntington Natl Bk,
               Po Box 1558,   Columbus, OH 43216-1558
15070403       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:14:51
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
15028481      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:15:34      Syncb/ccdstr,   C/o Po Box 965036,
               Orlando, FL 32896-0001
15028482      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:14:43      Syncb/ccdstr,   Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
15028931      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:14:44      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15045452      +E-mail/Text: bankruptcy@huntington.com Oct 25 2019 03:08:22      The Huntington National Bank,
               P O Box 89424,   Cleveland OH 44101-6424
                                                                                              TOTAL: 12
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Baldwin-Whitehall School District C/O Weiss Burkar,   445 Fort Pitt Boulevard, Suite 503,
               Pittsburgh
cr             PNC BANK, NATIONAL ASSOCIATION
cr*           +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
15028468*     +Baldwin-Whitehall School District,    c/o Jordan Tax Service,    102 Rahway Road,
               McMurray, PA 15317-3349
15028478*     +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
               Cleveland, OH 44101-4982
15028476*     +PNC Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
15069858*     +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
                                                                                    TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dbas              Page 2 of 2         Date Rcvd: Oct 24, 2019
                              Form ID: 149            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Julie Frazee Steidl    on behalf of Debtor Peter J. Kochick julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Victor Samuel Kustra    on behalf of Creditor   Baldwin-Whitehall School District C/O Weiss
               Burkardt Kramer, LLC. vkustra@wbklegal.com
                                                                                             TOTAL: 8
```