**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Peter J. Kochick**
   Debtor(s)

Bankruptcy Case No.: 19–21420–GLT
Related to Docket No. 48
Chapter: 13
Docket No.: 49 – 48
Concil. Conf.: June 18, 2020 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **May 1, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **May 18, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **June 18, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 17, 2020

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 19-21420-GLT
Peter J. Kochick                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel            Page 1 of 2              Date Rcvd: Mar 17, 2020
                               Form ID: 213          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
```
db             +Peter J. Kochick,    547 Dewalt Drive,    Pittsburgh, PA 15234-2407
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,     437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr             +Township of Baldwin,    Goehring, Rutter, and Boehm,     437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15069891       +Baldwin-Whitehall School District,    C/O Weiss Burkardt Kramer, LLC,
                 445 Fort Pitt Blvd STE 503,    Pittsburgh, PA 15219-1308
15028467       +Baldwin-Whitehall School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 McMurray, PA 15317-3349
15028470       +Citibank/Best Buy,    Po Box 6497,    Sioux Falls, SD 57117-6497
15028471       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
15097781       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15084296       +Goehring Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh PA 15219-6101
15028475       +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15028477       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
15069698       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
15028480       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15028479       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15097786       +Township of Baldwin,    Goehring, Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 18 2020 04:45:44     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 04:38:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15028469        E-mail/Text: cms-bk@cms-collect.com Mar 18 2020 04:44:38     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
15028472        E-mail/Text: mrdiscen@discover.com Mar 18 2020 04:44:26     Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
15032432        E-mail/Text: mrdiscen@discover.com Mar 18 2020 04:44:26     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15028474       +E-mail/Text: bankruptcy@huntington.com Mar 18 2020 04:45:06     Huntington Natl Bk,
                 Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15028473       +E-mail/Text: bankruptcy@huntington.com Mar 18 2020 04:45:06     Huntington Natl Bk,
                 Po Box 1558,    Columbus, OH 43216-1558
15070403        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 04:38:38
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15028481       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 04:40:16     Syncb/ccdstr,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
15028482       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 04:39:17     Syncb/ccdstr,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15028931       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 04:39:16     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15045452       +E-mail/Text: bankruptcy@huntington.com Mar 18 2020 04:45:06     The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 12
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Baldwin-Whitehall School District C/O Weiss Burkar,   445 Fort Pitt Boulevard, Suite 503,
                 Pittsburgh
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15028468*      +Baldwin-Whitehall School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 McMurray, PA 15317-3349
15028478*      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
15028476*      +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15069858*      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                                   TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Mar 17, 2020
                              Form ID: 213            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Julie Frazee Steidl    on behalf of Debtor Peter J. Kochick julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Victor Samuel Kustra    on behalf of Creditor    Baldwin-Whitehall School District C/O Weiss
               Burkardt Kramer, LLC. csilliman@wbklegal.com,   jburkardt@wbklegal.com
                                                                                            TOTAL: 8
```