Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Peter J. Kochick** | : | Case No. 19−21420−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 48 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 8th of June, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-21420-GLT
Peter J. Kochick                                                    Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2           Date Rcvd: Jun 08, 2020
                              Form ID: 309            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
```
db          +Peter J. Kochick,    547 Dewalt Drive,    Pittsburgh, PA 15234-2407
cr          +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr          +Township of Baldwin,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15028467    +Baldwin-Whitehall School District,    c/o Jordan Tax Service,    102 Rahway Road,
              McMurray, PA 15317-3349
15069891    +Baldwin-Whitehall School District,    C/O Weiss Burkardt Kramer, LLC,
              445 Fort Pitt Blvd STE 503,    Pittsburgh, PA 15219-1308
15028470    +Citibank/Best Buy,    Po Box 6497,    Sioux Falls, SD 57117-6497
15028471    +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
15097781    +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15084296    +Goehring Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh PA 15219-6101
15028475    +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15028477    +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
              Cleveland, OH 44101-4982
15069698    +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
15028480    +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15028479    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15097786    +Township of Baldwin,    Goehring, Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: kburkley@bernsteinlaw.com Jun 09 2020 03:19:54      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
cr          +EDI: PRA.COM Jun 09 2020 07:03:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
15028469     E-mail/Text: cms-bk@cms-collect.com Jun 09 2020 03:19:34      Capital Management Services, LP,
              698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
15028472     EDI: DISCOVER.COM Jun 09 2020 07:03:00      Discover Financial,    Po Box 15316,
              Wilmington, DE 19850
15032432     EDI: DISCOVER.COM Jun 09 2020 07:03:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH  43054-3025
15028474    +E-mail/Text: bankruptcy@huntington.com Jun 09 2020 03:19:41      Huntington Natl Bk,
              Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15028473    +E-mail/Text: bankruptcy@huntington.com Jun 09 2020 03:19:42      Huntington Natl Bk,
              Po Box 1558,    Columbus, OH 43216-1558
15070403     EDI: PRA.COM Jun 09 2020 07:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
15028481    +EDI: RMSC.COM Jun 09 2020 07:03:00      Syncb/ccdstr,    C/o Po Box 965036,
              Orlando, FL 32896-0001
15028482    +EDI: RMSC.COM Jun 09 2020 07:03:00      Syncb/ccdstr,    Attn: Bankruptcy,    Po Box 965060,
              Orlando, FL 32896-5060
15028931    +EDI: RMSC.COM Jun 09 2020 07:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
15045452     +E-mail/Text: bankruptcy@huntington.com Jun 09 2020 03:19:42      The Huntington National Bank,
              P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Baldwin-Whitehall School District C/O Weiss Burkar,    445 Fort Pitt Boulevard, Suite 503,
               Pittsburgh
cr           PNC BANK, NATIONAL ASSOCIATION
cr*         +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15028468*   +Baldwin-Whitehall School District,    c/o Jordan Tax Service,    102 Rahway Road,
               McMurray, PA 15317-3349
15028478*   +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
               Cleveland, OH 44101-4982
15028476*   +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15069858*   +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                                   TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dbas                Page 2 of 2              Date Rcvd: Jun 08, 2020
                              Form ID: 309              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2020 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Julie Frazee Steidl    on behalf of Debtor Peter J. Kochick julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Victor Samuel Kustra    on behalf of Creditor    Baldwin-Whitehall School District C/O Weiss
               Burkardt Kramer, LLC. csilliman@wbklegal.com,  jburkardt@wbklegal.com
                                                                                             TOTAL: 8
```