**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PETER J. KOCHICK | Case No.: 19-21420 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/05/2019 and confirmed on 06/06/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,554.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,554.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,255.83 | |
|    Trustee Fee | 234.76 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,490.59 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BALDWIN-WHITEHALL SD (BALDWIN TWP) | 467.73 | 0.00 | 0.00 | 0.00 |
|     Acct: H105 | | | | |
|   PNC BANK NA | 0.00 | 3,110.78 | 0.00 | 3,110.78 |
|     Acct: 4329 | | | | |
|   PNC BANK NA | 2,131.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 4329 | | | | |
|   BALDWIN-WHITEHALL SD (BALDWIN TWP) | 2,462.64 | 0.00 | 0.00 | 0.00 |
|     Acct: H103 | | | | |
|   BALDWIN-WHITEHALL SD (BALDWIN TWP) | 609.72 | 0.00 | 0.00 | 0.00 |
|     Acct: H103 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H103 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H103 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H105 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H105 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BALDWIN TOWNSHIP (TRASH)  Acct: H103 | 0.00 | 0.00 | 0.00 | 0.00 |
| BALDWIN TOWNSHIP (TRASH)  Acct: H103 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*  Acct: H103 | 501.38 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*  Acct: H103 | 30.08 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*  Acct: H105 | 95.55 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*  Acct: H105 | 5.74 | 0.00 | 0.00 | 0.00 |
| BALDWIN TOWNSHIP (TRASH)  Acct: H103 | 155.00 | 0.00 | 0.00 | 0.00 |
| BALDWIN TOWNSHIP (TRASH)  Acct: H103 | 0.78 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)  Acct: 8265 | 11,504.83 | 1,582.63 | 370.00 | 1,952.63 |
| | | | | 5,063.41 |
| **Priority** | | | | |
| JULIE FRAZEE STEIDL ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PETER J. KOCHICK  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG  Acct: | 3,200.00 | 1,255.83 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| SYNCHRONY BANK  Acct: 3016 | 0.00 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC  Acct: 0332 | 199.53 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)  Acct: 3810 | 12,792.78 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 4360 | 10,274.95 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 0790 | 5,729.18 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC  Acct: 3016 | 921.40 | 0.00 | 0.00 | 0.00 |
| CHRIS KRINOCK  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WEISS BURKARDT KRAMER LLC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                           5,063.41

TOTAL CLAIMED
PRIORITY            0.00
SECURED        17,965.35
UNSECURED      29,917.84

Date: 07/17/2020                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com